UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

KOLE MARGJOKAJ,

                        Plaintiff,

                v.

MARKWAYNE MULLIN,
Secretary, U.S. Department of Homeland Security,
JOSEPH B. EDLOW,
Director of U.S. Citizenship and Immigration
Services, and
TODD BLANCHE,
Acting Attorney General,

                      Defendants.

---------------------------------------------------------------------X

**STIPULATION OF
DISMISSAL
WITHOUT PREJUDICE**

Civil Action No.
26-cv-3281

(Garaufis, J.)
(Cho, M.J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
       July 31, 2026

SHOLLA LAW FIRM P.C.
*Counsel for Plaintiff*
150 Broadway, Ste 1300
New York, New York 10038

By:          _____

Patrick Caston Crowley
(914) 406-5075
pcrowley@shollalawfirm.com

**So Ordered.**

s/Nicholas G. Garaufis, USDJ
_____
**Hon. Nicholas G. Garaufis**
**Date:** 8/3/26

Dated: Brooklyn, New
York July 31, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: *Anjna Kapoor*
Anjna Kapoor
Assistant U.S. Attorney
(718) 254-6190
Anjna.Kapoor@usdoj.gov